**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

v.                                                                                          Case No. 6:14-cr-124-Orl-37DAB

WILLIAM PAEZ RUBIANO.

---

**ORDER**

This cause is before the Court on Defendant's Motion Pursuant to 18 U.S.C. § 3582(c)(2) Amendment 782 (Doc. 46), filed March 25, 2016.

On June 26, 2014, Defendant William Paez Rubiano pled guilty to Counts One and Two of an Indictment that charged him with two federal drug offenses (*see* Doc. 11), and the Court adjudicated him guilty of the crimes. (Doc. 29.) The Court subsequently sentenced Defendant to forty-eight months' imprisonment. (*See* Docs. 36, 38.)

In March 2015, Defendant sought a sentence reduction pursuant to Amendment 782 of the United States Sentencing Guidelines ("**USSG**"), which reduced the sentencing guidelines for many federal drug trafficking offenders by reducing the offense levels in USSG § 2D1.1(c)'s Drug Quantity Table by two levels. (*See* Doc. 41 ("**First Motion**")); *see also* 18 U.S.C. § 3582(c)(2). The Court found Defendant ineligible for the sentencing reduction, noting that "[a]t the time of his sentencing, [Defendant] was credited . . . with a 2 level downward adjustment . . . in anticipation of Amendment 782 with the express understanding that no further modifications would be sought." (Doc. 44 ("**June 2015 Order**").) Nevertheless, Defendant again moves for a reduction of his sentence pursuant to Amendment 782. (Doc. 46 ("**Instant Motion**").)

The Court construes the Instant Motion as a motion for reconsideration of the

Court's June 2015 Order denying Defendant's First Motion and finds that it is due to be denied. Defendant has already obtained the benefit of justified reductions to his sentence, and reconsideration is not warranted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion Pursuant to 18 U.S.C. § 3582(c)(2) Amendment 782 (Doc. 46) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 14, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record